AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

United States of America
v.
ROBERT S. ARMSTRONG
*Defendant*

Case No. 14-5564(KMW)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ROBERT S. ARMSTRONG,
who is accused of an offense or violation based on the following document filed with the court:

- ❒ Indictment
- ❒ Superseding Indictment
- ❒ Information
- ❒ Superseding Information
- ☑ Complaint
- ❒ Probation Violation Petition
- ❒ Supervised Release Violation Petition
- ❒ Violation Notice
- ❒ Order of the Court

This offense is briefly described as follows:

Mail Fraud in violation of Title 18, United States Code, Section 1341

Date: 10/15/2014

*Issuing officer's signature*

City and state: Camden, NJ

Honorable Karen M. Williams, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/15/14, and the person was arrested on *(date)* 10/16/14
at *(city and state)* Franklinville, NJ.

Date: 10/16/14

*Arresting officer's signature*

Mamkaro Postal Inspector
*Printed name and title*