AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

United States of America
v.
ROBERT S. ARMSTRONG

*Defendant*

Case No. 14-5564 (KMW)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ROBERT S. ARMSTRONG,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Two counts of mail fraud in violation of Title 18, United States Code, Section 1341.

Date: 10/23/2014

[signature]
*Issuing officer's signature*

City and state: Camden, New Jersey

Hon. Karen M. Williams, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 10-23-14, and the person was arrested on *(date)* 10-24-14
at *(city and state)* Franklinville, NJ.

Date: 10-24-14

[signature]
*Arresting officer's signature*

[handwritten name] Postal Inspector
*Printed name and title*